DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EKATERINI ALEXOPOULOS,**
Appellant,

v.

**STEVEN GOLDSMITH, P.A.,** a Florida Professional Association
and Attorney **STEVEN M. GOLDSMITH,**
Appellees.

No. 4D20-541

[July 16, 2020]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE 10-013480.

Ekaterini Alexopoulos, Boca Raton, pro se.

Diran V. Seropian of Shendell & Pollock, P.L., Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

CONNER, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***